# EXHIBIT 1 TO INTERSTATE'S COMPLAINT

# US8098277B1 vs. AmeriGas' Lytx Fleet DashCam & Driver Safety

# US8098277B1

| Claim 14 | AmeriGas' Lytx Fleet Dashcam & Driver Safety |
|---|---|

14. **A hardware computer readable storage medium having embodied thereon a program, the program being executable by a processor of a computing system in order to cause the computing system to perform operations comprising:**

capturing video data including a space occupied by a user of a mobile communication device;

determining an identity of the user based on the video data or information transmitted by the mobile communication device;

identifying individualized content associated with the determined identity; and

presenting an interactive image that is customized at least partly based on the individualized content on a display.





*Source: https://www.lytx.com/fleet-safety*

## Help Protect Your Drivers and Your Business With Video Evidence

Our cloud-connected fleet dash camera system delivers reliable, continual video clips to a searchable online dashboard and enables drivers to manually capture video as needed. With all of your video available to you online, you can easily find the exact clips you need within minutes* of capture, providing a faster way to the truth when something goes wrong.

Lytx® fleet dash cams are front and rear-facing cameras that can provide a 360-degree view complete with high-quality video and night vision. The ability to see what really happened can help you save time and money, protect your drivers, maximize efficiency, provide better customer service, and gain peace of mind.

*Source: https://www.lytx.com/fleet-dash-cams*

# US8098277B1

| Claim 14 | AmeriGas' Lytx Fleet Dashcam & Driver Safety |
|---|---|
| **14. A hardware computer readable storage medium having embodied thereon a program, the program being executable by a processor of a computing system in order to cause the computing system to perform operations comprising:**<br><br>capturing video data including a space occupied by a user of a mobile communication device;<br><br>determining an identity of the user based on the video data or information transmitted by the mobile communication device;<br><br>identifying individualized content associated with the determined identity; and<br><br>presenting an interactive image that is customized at least partly based on the individualized content on a display. | <br><br>*Source: https://www.lytx.com/fleet-dash-cams*<br><br>*Source:  https://www.lytx.com/getmedia/4dbce278-456b-472e-9970-8a07e5753248/lytx-sf400-event-recorder-spec-sheet_1.pdf* |

3

# US8098277B1

| Claim 14 | AmeriGas' Lytx Fleet Dashcam & Driver Safety |
|---|---|

14. A hardware computer readable storage medium having embodied thereon a program, the program being executable by a processor of a computing system in order to cause the computing system to perform operations comprising:

**capturing video data including a space occupied by a user of a mobile communication device;**

determining an identity of the user based on the video data or information transmitted by the mobile communication device;

identifying individualized content associated with the determined identity; and

presenting an interactive image that is customized at least partly based on the individualized content on a display.



*Source: https://www.lytx.com/fleet-safety*

*Source: https://www.lytx.com/features/machine-vision-and-artificial-intelligence*



*Source:  https://www.lytx.com/fleet-safety*

# US8098277B1

| Claim 140 | AmeriGas' Lytx Fleet Dashcam & Driver Safety |
|---|---|

14. A hardware computer readable storage medium having embodied thereon a program, the program being executable by a processor of a computing system in order to cause the computing system to perform operations comprising:

**capturing video data including a space occupied by a user of a mobile communication device;**

determining an identity of the user based on the video data or information transmitted by the mobile communication device;

identifying individualized content associated with the determined identity; and

presenting an interactive image that is customized at least partly based on the individualized content on a display.



*Source: https://www.lytx.com/features/machine-vision-and-artificial-intelligence*

**Driver-Facing Lens Detects Distraction**

Lytx's MV + AI technology is trained to recognize objects and actions that indicate distracted driving behavior such as lane departure, eating and drinking, smoking, or failing to wear a seatbelt. The driver-facing camera captures and analyzes images that allow the machine vision technology to recognize an object such as a cigarette or a cell phone. The AI is trained to categorize the cell phone, cigarette, food, drink, or seat belt use as risky.

*Source: https://www.lytx.com/blog/lytxs-mv-ai-technology-explained-how-the-drivecam-detects-risks*

# US8098277B1

| Claim 14 | AmeriGas' Lytx Fleet Dashcam & Driver Safety |
|---|---|

14. A hardware computer readable storage medium having embodied thereon a program, the program being executable by a processor of a computing system in order to cause the computing system to perform operations comprising:

capturing video data including a space occupied by a user of a mobile communication device;

**determining an identity of the user based on the video data or information transmitted by the mobile communication device;**

identifying individualized content associated with the determined identity; and

presenting an interactive image that is customized at least partly based on the individualized content on a display.

**FEATURE**

## Facial ID and Consent Management

Automatic, accurate driver identification with built-in privacy protection.

## Know Who's Driving

Precise driver identification is essential for realizing the full benefits of your driver safety program. Lytx's® Facial ID and Consent Management solution offers an automated way to verify driver identity and manage consent, helping you to:

- Improve operational efficiency through hands-free driver ID
- Reduce manual errors in driver assignment
- Document compliance with evolving privacy and biometric laws
- Support scalable deployment with no extra hardware required

*Source: https://www.lytx.com/features/facial-id-and-consent-management*

**HOW IT WORKS**

## AI-Powered Identification with Built-In Consent

Lytx's AI-powered facial identification (ID) technology automatically identifies drivers using existing in-cab camera technology — no badges, logins, or manual steps required. Combined with our fully integrated consent management system, you collect drivers' consent before enabling driver identification. Here is how it works:

 **Drivers Provide Consent**

Drivers opt in via secure SMS or email consent workflows before activation.

 **Drivers Are ID'd**

The system uses AI and camera technology to identify drivers hands-free.

 **Drivers Are Automatically Assigned**

Trips, coaching opportunities, and events are correctly assigned.

# US8098277B1

| Claim 14 | AmeriGas' Lytx Fleet Dashcam & Driver Safety |
|---|---|

14. A hardware computer readable storage medium having embodied thereon a program, the program being executable by a processor of a computing system in order to cause the computing system to perform operations comprising:

capturing video data including a space occupied by a user of a mobile communication device;

**determining an identity of the user based on the video data or information transmitted by the mobile communication device;**

identifying individualized content associated with the determined identity; and

presenting an interactive image that is customized at least partly based on the individualized content on a display.





*Source: https://www.lytx.com/customer/feature-focus-driver-id*

*Source: https://www.lytx.com/features/driver-app*

Driver ID allows for fast and efficient verification of drivers using the vehicle. The quick, efficient driver solution is achieved by simply scanning a QR code with the SF300 DriveCam device. This feature is available with the Driver Safety Program, Risk Detection Service, and Fleet Tracking Service. Watch these two short videos below to see how it works.

*Source: https://www.lytx.com/customer/feature-focus-driver-id*

# US8098277B1

| Claim 14 | AmeriGas' Lytx Fleet Dashcam & Driver Safety |
|---|---|
| 14. A hardware computer readable storage medium having embodied thereon a program, the program being executable by a processor of a computing system in order to cause the computing system to perform operations comprising:<br><br>capturing video data including a space occupied by a user of a mobile communication device;<br><br>**determining an identity of the user based on the video data or information transmitted by the mobile communication device;**<br><br>identifying individualized content associated with the determined identity; and<br><br>presenting an interactive image that is customized at least partly based on the individualized content on a display. | <br><br>*Source: https://www.lytx.com/customer/feature-focus-driver-id* |

# US8098277B1

| Claim 14 | AmeriGas' Lytx Fleet Dashcam & Driver Safety |
|---|---|

14. A hardware computer readable storage medium having embodied thereon a program, the program being executable by a processor of a computing system in order to cause the computing system to perform operations comprising:

capturing video data including a space occupied by a user of a mobile communication device;

**determining an identity of the user based on the video data or information transmitted by the mobile communication device;**

identifying individualized content associated with the determined identity; and

presenting an interactive image that is customized at least partly based on the individualized content on a display.



*Source:* [Lytx Fleet Driver App](Lytx Fleet Driver App)



9

# US8098277B1

| Claim 14 | AmeriGas' Lytx Fleet Dashcam & Driver Safety |
|---|---|
| 14. A hardware computer readable storage medium having embodied thereon a program, the program being executable by a processor of a computing system in order to cause the computing system to perform operations comprising:<br><br>capturing video data including a space occupied by a user of a mobile communication device;<br><br>**determining an identity of the user based on the video data or information transmitted by the mobile communication device;**<br><br>identifying individualized content associated with the determined identity; and<br><br>presenting an interactive image that is customized at least partly based on the individualized content on a display. | <br><br><br><br>*Source:* Lytx Driver App - App Store |

10

# US8098277B1

| Claim 14 | AmeriGas' Lytx Fleet Dashcam & Driver Safety |
|---|---|
| 14. A hardware computer readable storage medium having embodied thereon a program, the program being executable by a processor of a computing system in order to cause the computing system to perform operations comprising:<br><br>capturing video data including a space occupied by a user of a mobile communication device;<br><br>determining an identity of the user based on the video data or information transmitted by the mobile communication device;<br><br>**identifying individualized content associated with the determined identity**; and<br><br>presenting an interactive image that is customized at least partly based on the individualized content on a display. | <br><br>*Source: https://www.lytx.com/blog/evidence-based-insights-uc-study-affirms-lytxs-blended-coaching-model*<br><br>Equally important, it can ensure that drivers are rewarded and recognized for their fabulous and safe driving habits. With data stored on a cloud-based platform and easily accessible in real time from multiple locations, fleet management has never been more straightforward.<br><br>*Source: https://www.lytx.com/guide/what-are-fleet-management-software-solutions* |

# US8098277B1

| Claim 14 | AmeriGas' Lytx Fleet Dashcam & Driver Safety |
|---|---|

14. A hardware computer readable storage medium having embodied thereon a program, the program being executable by a processor of a computing system in order to cause the computing system to perform operations comprising:

capturing video data including a space occupied by a user of a mobile communication device;

determining an identity of the user based on the video data or information transmitted by the mobile communication device;

**identifying individualized content associated with the determined identity**; and

presenting an interactive image that is customized at least partly based on the individualized content on a display.



Source: https://www.lytx.com/webinar/advanced-fleet-management-powered-by-video

# US8098277B1

| Claim 14 | AmeriGas' Lytx Fleet Dashcam & Driver Safety |
|---|---|
| 14. A hardware computer readable storage medium having embodied thereon a program, the program being executable by a processor of a computing system in order to cause the computing system to perform operations comprising:<br><br>capturing video data including a space occupied by a user of a mobile communication device;<br><br>determining an identity of the user based on the video data or information transmitted by the mobile communication device;<br><br>**identifying individualized content associated with the determined identity**; and<br><br>presenting an interactive image that is customized at least partly based on the individualized content on a display. | <br><br>*Source: https://www.lytx.com/features/driver-app* |

13

# US8098277B1

| Claim 14 | AmeriGas' Lytx Fleet Dashcam & Driver Safety |
|---|---|

14. A hardware computer readable storage medium having embodied thereon a program, the program being executable by a processor of a computing system in order to cause the computing system to perform operations comprising:

capturing video data including a space occupied by a user of a mobile communication device;

determining an identity of the user based on the video data or information transmitted by the mobile communication device;

identifying individualized content associated with the determined identity; and

**presenting an interactive image that is customized at least partly based on the individualized content on a display.**



*Source: https://www.lytx.com/blog/evidence-based-insights-uc-study-affirms-lytxs-blended-coaching-model*

# US8098277B1

| Claim 14 | AmeriGas' Lytx Fleet Dashcam & Driver Safety |
|---|---|

14. A hardware computer readable storage medium having embodied thereon a program, the program being executable by a processor of a computing system in order to cause the computing system to perform operations comprising:

capturing video data including a space occupied by a user of a mobile communication device;

determining an identity of the user based on the video data or information transmitted by the mobile communication device;

identifying individualized content associated with the determined identity; and

**presenting an interactive image that is customized at least partly based on the individualized content on a display.**



Source: https://www.lytx.com/webinar/advanced-fleet-management-powered-by-video

# US8098277B1

| Claim 14 | AmeriGas' Lytx Fleet Dashcam & Driver Safety |
|---|---|

14. A hardware computer readable storage medium having embodied thereon a program, the program being executable by a processor of a computing system in order to cause the computing system to perform operations comprising:

capturing video data including a space occupied by a user of a mobile communication device;

determining an identity of the user based on the video data or information transmitted by the mobile communication device;

identifying individualized content associated with the determined identity; and

**presenting an interactive image that is customized at least partly based on the individualized content on a display.**

  

Source:
https://www.lytx.com/features/driver-app



*Source:*
*https://www.lytx.com/blog/evidence-based-insights-uc-study-affirms-lytxs-blended-coaching-model*