# EXHIBIT 3 TO INTERSTATE'S COMPLAINT

# US8686844B1 vs. AmeriGas' Lytx Proactive Fleet Safety Solutions

# US8686844B1

| Claim 1 | AmeriGas' Lytx Proactive Fleet Safety Solutions |
|---|---|
| 1. A method comprising:<br><br>receiving, by a processing device, an input from a first vehicle indicating an operating condition associated with the first vehicle;<br><br>identifying, by the processing device, at least one environmental parameter of vehicle operation for the first vehicle;<br><br>comparing, by the processing device, the operating condition with the at least one environmental parameter;<br><br>determining, by the processing device, a safety rating of the vehicle operation for the first vehicle based, at least in part, on said comparing and on a safety evaluation selectively determined contemporaneously with the operating condition by a second operator operating a second vehicle within a local proximity of the first vehicle; and<br><br>assigning, by the processing device, the safety rating to a first operator of the first vehicle. | <br><br>*Source: https://www.lytx.com/fleet-safety* |

2

# US8686844B1

| Claim 1 | AmeriGas' Lytx Proactive Fleet Safety Solutions |
|---|---|

1. A method comprising:

**receiving, by a processing device, an input from a first vehicle indicating an operating condition associated with the first vehicle;**

identifying, by the processing device, at least one environmental parameter of vehicle operation for the first vehicle;

comparing, by the processing device, the operating condition with the at least one environmental parameter;

determining, by the processing device, a safety rating of the vehicle operation for the first vehicle based, at least in part, on said comparing and on a safety evaluation selectively determined contemporaneously with the operating condition by a second operator operating a second vehicle within a local proximity of the first vehicle; and

assigning, by the processing device, the safety rating to a first operator of the first vehicle.

## Get Immediate Insight About Potential Maintenance Problems Using DTCs

As a fleet manager, you want to keep vehicles on the road, in optimal operating condition, for as long as possible to maximize ROI. Preventative Maintenance plans play a significant role, but what about unexpected problems that arise between regularly scheduled maintenance? That's where Diagnostic Trouble Codes (DTCs) can help.

DTCs are codes prescribed by the Society of Automotive Engineers (SAE) to track problems detected by a vehicle's on-board computer. DTC reporting and notifications, included with the Lytx Fleet Tracking Service[1], give users a real-time view of vehicle diagnostics, fuel, odometer, tire pressure, vehicle speed, and more to quickly identify and resolve maintenance issues.

*Source: https://www.lytx.com/features/diagnostic-trouble-codes*

- **Risky Driving Behaviors:** Following too close, use of handheld device, not wearing a seat belt, and speeding continue to top the list of riskiest driving behaviors. Notable increases and decreases from 2023 to 2024 include:
  - Speed violation (+9%)
  - Food or drink (+7%)
  - No seat belt (-13%)
  - Handheld device (-9%)

- **Following Distance:** Following distance (1-2 seconds) increased 2% from 2023 to 2024, while following distance (less than 1 second) rose by 19%, highlighting a need for companies to reinforce following distance policies through coaching and communication.

*Source: https://www.lytx.com/features/diagnostic-trouble-codes*



**ECM CONNECTED**
ECM connectivity delivers speed, fuel, and other vehicle data to a single platform.

*Source: https://www.lytx.com/drivecam-event-recorder*

# US8686844B1

| Claim 1 | AmeriGas' Lytx Proactive Fleet Safety Solutions |
|---|---|
| 1. A method comprising:<br><br>receiving, by a processing device, an input from a first vehicle indicating an operating condition associated with the first vehicle;<br><br>**identifying, by the processing device, at least one environmental parameter of vehicle operation for the first vehicle;**<br><br>comparing, by the processing device, the operating condition with the at least one environmental parameter;<br><br>determining, by the processing device, a safety rating of the vehicle operation for the first vehicle based, at least in part, on said comparing and on a safety evaluation selectively determined contemporaneously with the operating condition by a second operator operating a second vehicle within a local proximity of the first vehicle; and<br><br>assigning, by the processing device, the safety rating to a first operator of the first vehicle. | **Driver Scorecard**<br><br>COACHABLE BEHAVIOR — FREQUENCY (A) — WEIGHT (B) — POINTS (A × B)<br><br>Posted Speed Violation — 100 — 5 — 500<br><br>*Source: https://www.lytx.com/customer/feature-focus-give-drivers-positive-recognition*<br><br>• **The Impact of Weather:** Driving "too fast for conditions" made drivers 4x more likely to be in a Level 1 incident and was the top factor in severe inclement weather collisions.<br>  ○ Fog is the most dangerous weather condition, increasing Level 1 collision likelihood by 2.8x.<br>  ○ Due to its unfavorable weather conditions, winter carries double the risk for collisions compared to other seasons.<br><br>*Source: https://www.lytx.com/news-events/press-release/2025/2025-road-safety-report-fleet-risk-trends*<br><br>[3] Too fast for conditions occurs when a vehicle seems to be traveling at a speed greater than reasonable for the given conditions. The driver may not exceed the posted speed limit but may be driving too fast for the environment. Environmental considerations include dense traffic conditions, heavy pedestrian activity, inclement weather, icy or wet road conditions, construction zones, narrow pathways, and poor visibility.<br><br>*Source: https://www.lytx.com/guide/annual-risk-and-collision-analysis*<br><br>Lytx's Weather Hazard Alerts leverages advanced geospatial technologies to provide highly localized weather warnings, enabling fleets to anticipate risks and proactively prevent accidents. By combining video, data, and artificial intelligence (AI), this tool empowers fleet managers to confidently navigate adverse weather events, enhancing safety and operational efficiency. The AI-powered geospatial technology (patent pending) was developed within Lytx Lab, an idea incubator and where Lytx developers and safety engineers collaborate with customers to address market needs.<br><br>*Source: https://www.lytx.com/news-events/press-release/2025/lytx-weather-hazard-alert-wins-top-ai-enabled-product* |

4

# US8686844B1

| Claim 1 | AmeriGas' Lytx Proactive Fleet Safety Solutions |
|---|---|
| 1. A method comprising:<br><br>receiving, by a processing device, an input from a first vehicle indicating an operating condition associated with the first vehicle;<br><br>identifying, by the processing device, at least one environmental parameter of vehicle operation for the first vehicle;<br><br>**comparing, by the processing device, the operating condition with the at least one environmental parameter;**<br><br>determining, by the processing device, a safety rating of the vehicle operation for the first vehicle based, at least in part, on said comparing and on a safety evaluation selectively determined contemporaneously with the operating condition by a second operator operating a second vehicle within a local proximity of the first vehicle; and<br><br>assigning, by the processing device, the safety rating to a first operator of the first vehicle. | <br>*Source: https://www.lytx.com/customer/feature-focus-give-drivers-positive-recognition*<br><br>Lytx also found that 13.9% of collisions in the concrete segment were high or medium impact, and identified drivers driving "too fast for conditions"[3] as the leading cause of high-impact crashes in the segment.<br><br>*Source: https://www.lytx.com/guide/annual-risk-and-collision-analysis*<br><br>[3] Too fast for conditions occurs when a vehicle seems to be traveling at a speed greater than reasonable for the given conditions. The driver may not exceed the posted speed limit but may be driving too fast for the environment. Environmental considerations include dense traffic conditions, heavy pedestrian activity, inclement weather, icy or wet road conditions, construction zones, narrow pathways, and poor visibility.<br><br>*Source: https://www.lytx.com/guide/annual-risk-and-collision-analysis* |

# US8686844B1

| Claim 1 | AmeriGas' Lytx Proactive Fleet Safety Solutions |
|---|---|
| 1. A method comprising:<br><br>receiving, by a processing device, an input from a first vehicle indicating an operating condition associated with the first vehicle;<br><br>identifying, by the processing device, at least one environmental parameter of vehicle operation for the first vehicle;<br><br>comparing, by the processing device, the operating condition with the at least one environmental parameter;<br><br>**determining, by the processing device, a safety rating of the vehicle operation for the first vehicle based, at least in part, on said comparing and on a safety evaluation selectively determined contemporaneously with the operating condition by a second operator operating a second vehicle within a local proximity of the first vehicle**; and<br><br>assigning, by the processing device, the safety rating to a first operator of the first vehicle. | <br><br>*Source: https://www.lytx.com/customer/feature-focus-give-drivers-positive-recognition* |

6

# US8686844B1

| Claim 1 | AmeriGas' Lytx Proactive Fleet Safety Solutions |
|---|---|
| 1. A method comprising:<br><br>receiving, by a processing device, an input from a first vehicle indicating an operating condition associated with the first vehicle;<br><br>identifying, by the processing device, at least one environmental parameter of vehicle operation for the first vehicle;<br><br>comparing, by the processing device, the operating condition with the at least one environmental parameter;<br><br>**determining, by the processing device, a safety rating of the vehicle operation for the first vehicle based, at least in part, on said comparing and on a safety evaluation selectively determined contemporaneously with the operating condition by a second operator operating a second vehicle within a local proximity of the first vehicle**; and<br><br>assigning, by the processing device, the safety rating to a first operator of the first vehicle. | <br><br>*Source: [Demo: Advanced Fleet Management Powered by Video](#)* |

# US8686844B1

| Claim 1 | AmeriGas' Lytx Proactive Fleet Safety Solutions |
|---|---|
| 1. A method comprising:<br><br>receiving, by a processing device, an input from a first vehicle indicating an operating condition associated with the first vehicle;<br><br>identifying, by the processing device, at least one environmental parameter of vehicle operation for the first vehicle;<br><br>comparing, by the processing device, the operating condition with the at least one environmental parameter;<br><br>**determining, by the processing device, a safety rating of the vehicle operation for the first vehicle based, at least in part, on said comparing and on a safety evaluation selectively determined contemporaneously with the operating condition by a second operator operating a second vehicle within a local proximity of the first vehicle**; and<br><br>assigning, by the processing device, the safety rating to a first operator of the first vehicle. | Lytx also found that 13.9% of collisions in the concrete segment were high or medium impact, and identified drivers driving "too fast for conditions"[3] as the leading cause of high-impact crashes in the segment.<br><br>*Source: https://www.lytx.com/guide/annual-risk-and-collision-analysis*<br><br>[3] Too fast for conditions occurs when a vehicle seems to be traveling at a speed greater than reasonable for the given conditions. The driver may not exceed the posted speed limit but may be driving too fast for the environment. Environmental considerations include dense traffic conditions, heavy pedestrian activity, inclement weather, icy or wet road conditions, construction zones, narrow pathways, and poor visibility.<br><br>*Source: https://www.lytx.com/guide/annual-risk-and-collision-analysis* |

8

# US8686844B1

| Claim 1 | AmeriGas' Lytx Proactive Fleet Safety Solutions |
|---|---|

1. A method comprising:

receiving, by a processing device, an input from a first vehicle indicating an operating condition associated with the first vehicle;

identifying, by the processing device, at least one environmental parameter of vehicle operation for the first vehicle;

comparing, by the processing device, the operating condition with the at least one environmental parameter;

**determining, by the processing device, a safety rating of the vehicle operation for the first vehicle based, at least in part, on said comparing and on a safety evaluation selectively determined contemporaneously with the operating condition by a second operator operating a second vehicle within a local proximity of the first vehicle; and**

assigning, by the processing device, the safety rating to a first operator of the first vehicle.



*Source:*
*https://www.lytx.com/blog/lytxs-mv-ai-technology-explained-how-the-drivecam-detects-risks*

**Critical distance** is when there may be an extremely high risk of collision due to operating under close proximity with another vehicle. This happens when the first two indicators above are present, and the driver is approximately **0.6 seconds** from the vehicle ahead.

When drivers don't adhere to following distance guidelines, they are operating under critical distance circumstances, which means an accident is highly likely should a quick stop occur.

*Source: https://www.lytx.com/blog/following-distance-for-trucks-fleets-safety-tips*

Lytx solutions leverage the DriveCam® device to help fleets improve safety by watching for risky behaviors on the road and in the vehicle. The device's advanced machine vision (MV) and artificial intelligence (AI) analyze data of the driver and nearby vehicles to detect issues including tailgating.

MV+AI technology identifies both safe following distances and critical distances. It also analyzes data to detect the frequency of risky driving behaviors, making it easier to address and correct driver behaviors directly and before collisions happen.

*Source: https://www.lytx.com/blog/following-distance-for-trucks-fleets-safety-tips*

9

# US8686844B1

| Claim 1 | AmeriGas' Lytx Proactive Fleet Safety Solutions |
|---|---|

1. A method comprising:

receiving, by a processing device, an input from a first vehicle indicating an operating condition associated with the first vehicle;

identifying, by the processing device, at least one environmental parameter of vehicle operation for the first vehicle;

comparing, by the processing device, the operating condition with the at least one environmental parameter;

determining, by the processing device, a safety rating of the vehicle operation for the first vehicle based, at least in part, on said comparing and on a safety evaluation selectively determined contemporaneously with the operating condition by a second operator operating a second vehicle within a local proximity of the first vehicle; and

**assigning, by the processing device, the safety rating to a first operator of the first vehicle.**



*Source: https://www.lytx.com/customer/feature-focus-give-drivers-positive-recognition*