# EXHIBIT 4 TO INTERSTATE'S COMPLAINT

# US7639943B1 vs. AmeriGas' Lytx Proactive Fleet Safety Solutions

# US7639943B1

| Claim 1 | AmeriGas' Lytx Proactive Fleet Safety Solutions |
|---|---|
| 1. A method comprising:<br><br>automatically capturing a plurality of images in a camera-enabled mobile device without user action for each image capture, the automatic capture of the plurality of images being performed under control of a program downloaded by a user via a public network to the camera-enabled mobile device, the automatic capture of each image of the plurality of images being performed periodically according to a pre-configured parameter;<br><br>configuring an HTTP or TCP data block with information related to the automatically captured plurality of images;<br><br>automatically uploading the plurality of images with the HTTP or TCP data block to a network server without user action for each image upload, the automatic upload of the plurality of images being performed under control of the program downloaded by the user via the public network to the camera-enabled mobile device; and<br><br>upon completion of the automatic uploading of the plurality of images, enabling automatic capture of a next plurality of images in the camera-enabled mobile device without user action. | Establish Your Fleet Safety Program<br><br> |

2

# US7639943B1

| Claim 1 | AmeriGas' Lytx Proactive Fleet Safety Solutions |
|---|---|

1. A method comprising:

**automatically capturing a plurality of images in a camera-enabled mobile device without user action for each image capture, the automatic capture of the plurality of images being performed under control of a program downloaded by a user via a public network to the camera-enabled mobile device, the automatic capture of each image of the plurality of images being performed periodically according to a pre-configured parameter;**

configuring an HTTP or TCP data block with information related to the automatically captured plurality of images;

automatically uploading the plurality of images with the HTTP or TCP data block to a network server without user action for each image upload, the automatic upload of the plurality of images being performed under control of the program downloaded by the user via the public network to the camera-enabled mobile device; and

upon completion of the automatic uploading of the plurality of images, enabling automatic capture of a next plurality of images in the camera-enabled mobile device without user action.

Our DriveCam camera is in a class by itself. Built on the most comprehensive dataset of its kind, with more than 311 billion driving miles and counting, our advanced machine vision and artificial intelligence (MV+AI) technology delivers the accuracy and precision needed to help you drive real results.

[Lytx DriveCam: Intelligent dash cam technology](#)



[lytx-sf400-event-recorder-brochure-(row).pdf](#)



Alternative Mounting Locations

The following are alternative mounting locations for the Mounting Arm. Please select the best location based on the particular vehicle and the mounting location guidelines set forth in the section, **Error! Reference source not found.**.

1. **Center dashboard**
2. **Lower corner, driver side dashboard**
3. **Upper or lower corners, passenger side**
   **Note**: If the event recorder is installed in a location outside of the comfortable reach of the seated driver, the Remote Push Button should be installed as well to allow the driver to manually record an event.
   For details on installing the Remote Push Button, refer to the section, Remote Push Button Installation .
4. **Center overhead (ceiling or bulkhead)**
   You should only use the Mounting Arm in this location if use of the Overhead Mounting Bracket is not feasible.

[MANUAL UO3-UN1CXC Users Manual](#)

# US7639943B1

| Claim 1 | AmeriGas' Lytx Proactive Fleet Safety Solutions |
|---|---|
| 1. A method comprising:<br><br>**automatically capturing a plurality of images in a camera-enabled mobile device without user action for each image capture, the automatic capture of the plurality of images being performed under control of a program downloaded by a user via a public network to the camera-enabled mobile device, the automatic capture of each image of the plurality of images being performed periodically according to a pre-configured parameter;**<br><br>configuring an HTTP or TCP data block with information related to the automatically captured plurality of images;<br><br>automatically uploading the plurality of images with the HTTP or TCP data block to a network server without user action for each image upload, the automatic upload of the plurality of images being performed under control of the program downloaded by the user via the public network to the camera-enabled mobile device; and<br><br>upon completion of the automatic uploading of the plurality of images, enabling automatic capture of a next plurality of images in the camera-enabled mobile device without user action. | **Camera Specs**<br><br>| Wide Angle Lens / Field of View | 144° interior HFOV / 96° exterior HFOV |<br>| Camera Resolution | 1920 x 1080** |<br>| Frame Rate | 20 fps** |<br>| Configurable View Options | Yes |<br><br><br>**Integrated MV+AI**<br>Capture and accurately categorize risky driving behaviors with advanced MV+AI.<br><br>[lytx-sf400-event-recorder-brochure-(row).pdf](#)<br><br>[Lytx DriveCam: Intelligent dash cam technology](#)<br><br><br>MV+AI TRIGGERS<br><br>**100+ Risky Behaviors Detected**<br><br>Lytx can detect over 100 behaviors through a combination of MV+AI and human intelligence, enabling a comprehensive view of risk. Examples of frequently identified risky behaviors include:<br><br>Fatigue Detection — Lane Departure — Critical Distance — Following Distance<br>Rolling Stop — Handheld Device — Food and Drink — No Seat Belt<br>Driver Smoking — Lens Obstruction — Posted Speed Violation — Suspected Collision<br><br>[Machine Vision + Artificial Intelligence](#) |

# US7639943B1

| Claim 1 | AmeriGas' Lytx Proactive Fleet Safety Solutions |
|---|---|
| 1. A method comprising:<br><br>**automatically capturing a plurality of images in a camera-enabled mobile device without user action for each image capture, the automatic capture of the plurality of images being performed under control of a program downloaded by a user via a public network to the camera-enabled mobile device, the automatic capture of each image of the plurality of images being performed periodically according to a pre-configured parameter;**<br><br>configuring an HTTP or TCP data block with information related to the automatically captured plurality of images;<br><br>automatically uploading the plurality of images with the HTTP or TCP data block to a network server without user action for each image upload, the automatic upload of the plurality of images being performed under control of the program downloaded by the user via the public network to the camera-enabled mobile device; and<br><br>upon completion of the automatic uploading of the plurality of images, enabling automatic capture of a next plurality of images in the camera-enabled mobile device without user action. | **Help Protect Your Drivers and Your Business With Video Evidence**<br><br>Our cloud-connected fleet dash camera system delivers reliable, continual video clips to a searchable online dashboard and enables drivers to manually capture video as needed. With all of your video available to you online, you can easily find the exact clips you need within minutes* of capture, providing a faster way to the truth when something goes wrong.<br><br>Fleet Dash Cams<br><br>The device records video and data in a continuous loop. Software algorithms in the device detect risky behaviors or patterns like speeding, rapid deceleration, swerving, drowsy and distracted driving.<br><br>Event recorders used to train leaders as 'driver coaches' \| Commercial Carrier Journal |

# US7639943B1

| Claim 1 | AmeriGas' Lytx Proactive Fleet Safety Solutions |
|---|---|

**1. A method comprising:**

**automatically capturing a plurality of images in a camera-enabled mobile device without user action for each image capture, the automatic capture of the plurality of images being performed under control of a program downloaded by a user via a public network to the camera-enabled mobile device, the automatic capture of each image of the plurality of images being performed periodically according to a pre-configured parameter;**

configuring an HTTP or TCP data block with information related to the automatically captured plurality of images;

automatically uploading the plurality of images with the HTTP or TCP data block to a network server without user action for each image upload, the automatic upload of the plurality of images being performed under control of the program downloaded by the user via the public network to the camera-enabled mobile device; and

upon completion of the automatic uploading of the plurality of images, enabling automatic capture of a next plurality of images in the camera-enabled mobile device without user action.

### Connectivity

| | |
|---|---|
| **CELLULAR** | 4G (3G Fallback where supported). Note: 3G may not be supported by all wireless providers.<br><br>Countries/regions supported: North America, Republic of South Africa, Australia, New Zealand and Europe. |
| **WI-FI VIA HOTSPOT** | Dual-band Wi-Fi b/g/n/ac |
| **BLUETOOTH CAPABLE** | Yes |
| **ETHERNET** | Yes |

[DriveCam Event Recorder Specifications](#)



# Over-the-Air Updates

Automatically access a continuous stream of new features as our AI capabilities continue to expand.

[Lytx DriveCam: Intelligent dash cam technology](#)

Lytx uses a number of cybersecurity protections. The Lytx event recorder connection to the OBD-II port is not currently able to send messages to the vehicle CAN. Firmware on the event recorder is updated over the air, and the update packages contain a 4,096-bit key. The Lytx devices use Transport Layer Security/Secure Sockets Layer (TLS/SSL) encrypted connections to

[Telematics Framework for Federal Agencies: Lessons from the Marine Corps Fleet](#)

# US7639943B1

| Claim 1 | AmeriGas' Lytx Proactive Fleet Safety Solutions |
|---|---|
| 1. A method comprising:<br><br>**automatically capturing a plurality of images in a camera-enabled mobile device without user action for each image capture, the automatic capture of the plurality of images being performed under control of a program downloaded by a user via a public network to the camera-enabled mobile device, the automatic capture of each image of the plurality of images being performed periodically according to a pre-configured parameter;**<br><br>configuring an HTTP or TCP data block with information related to the automatically captured plurality of images;<br><br>automatically uploading the plurality of images with the HTTP or TCP data block to a network server without user action for each image upload, the automatic upload of the plurality of images being performed under control of the program downloaded by the user via the public network to the camera-enabled mobile device; and<br><br>upon completion of the automatic uploading of the plurality of images, enabling automatic capture of a next plurality of images in the camera-enabled mobile device without user action. | The device records video and data in a continuous loop. Software algorithms in the device detect risky behaviors or patterns like speeding, rapid deceleration, swerving, drowsy and distracted driving.<br><br>When these trigger events are detected the device saves a 12-second audio, video and data record (8 seconds before and 4 seconds after). The record is sent to Lytx servers in the cloud using wireless (cellular or Wi-Fi) communications, and is later reviewed by trained analysts that identify additional behavior and environmental risk factors.<br><br>Event recorders used to train leaders as 'driver coaches' \| Commercial Carrier Journal<br><br>**Camera Specs**<br><br>| Wide Angle Lens / Field of View | 144° interior HFOV / 96° exterior HFOV |<br>\| Camera Resolution \| 1920 x 1080** \|<br>\| Frame Rate \| 20 fps** \|<br>\| Configurable View Options \| Yes \|<br><br>lytx-sf400-event-recorder-brochure-(row).pdf |

# US7639943B1

| Claim 1 | AmeriGas' Lytx Proactive Fleet Safety Solutions |
|---|---|

1. A method comprising:

automatically capturing a plurality of images in a camera-enabled mobile device without user action for each image capture, the automatic capture of the plurality of images being performed under control of a program downloaded by a user via a public network to the camera-enabled mobile device, the automatic capture of each image of the plurality of images being performed periodically according to a pre-configured parameter;

**configuring an HTTP or TCP data block with information related to the automatically captured plurality of images;**

automatically uploading the plurality of images with the HTTP or TCP data block to a network server without user action for each image upload, the automatic upload of the plurality of images being performed under control of the program downloaded by the user via the public network to the camera-enabled mobile device; and

upon completion of the automatic uploading of the plurality of images, enabling automatic capture of a next plurality of images in the camera-enabled mobile device without user action.

## Infrastructure

Following best security practices must be integral to the foundation of a system's design. At Lytx, we incorporate security into all aspects of our architecture. Our team of experienced system engineers helps ensure client data is protected every step of the way and accessible only to authorized users.

- Lytx DriveCam data are hosted in geographically dispersed, top-tier colocation facilities and held on Lytx-owned data infrastructure.

- Video files are uploaded into encrypted cloud-based storage facilities.

- Data is encrypted at rest using AES256 and in motion over TLS 1.2.

All systems are continually scanned for vulnerabilities. Solutions to security threats are developed in cross-functional meetings. Plans are tested, triaged, and implemented regularly, based on urgency.

### 2.2. Key TCP Concepts

TCP provides a reliable, in-order, byte-stream service to applications.

The application byte-stream is conveyed over the network via TCP segments, with each TCP segment sent as an Internet Protocol (IP) datagram.

TCP reliability consists of detecting packet losses (via sequence numbers) and errors (via per-segment checksums), as well as correction via retransmission.

*https://www.rfc-editor.org/rfc/rfc9293#name-key-tcp-concepts*

*https://www.lytx.com/whitepaper/lytx-data-security*

### 1. Introduction

TLS [TLS] is the most widely deployed protocol for securing network traffic. It is widely used for protecting Web traffic and for e-mail protocols such as IMAP [IMAP] and POP [POP]. The primary advantage of TLS is that it provides a transparent connection-oriented channel. Thus, it is easy to secure an application protocol by inserting TLS between the application layer and the transport layer. However, TLS must run over a reliable transport channel -- typically TCP [TCP]. It therefore cannot be used to secure unreliable datagram traffic.

*https://www.rfc-editor.org/rfc/rfc4347*

8

# US7639943B1

| Claim 1 | AmeriGas' Lytx Proactive Fleet Safety Solutions |
|---|---|

1. A method comprising:

automatically capturing a plurality of images in a camera-enabled mobile device without user action for each image capture, the automatic capture of the plurality of images being performed under control of a program downloaded by a user via a public network to the camera-enabled mobile device, the automatic capture of each image of the plurality of images being performed periodically according to a pre-configured parameter;

configuring an HTTP or TCP data block with information related to the automatically captured plurality of images;

**automatically uploading the plurality of images with the HTTP or TCP data block to a network server without user action for each image upload, the automatic upload of the plurality of images being performed under control of the program downloaded by the user via the public network to the camera-enabled mobile device; and**

upon completion of the automatic uploading of the plurality of images, enabling automatic capture of a next plurality of images in the camera-enabled mobile device without user action.

**AUTOMATIC EVENT UPLOADS**
Events upload daily to your Lytx account

lytx-sf400-event-recorder-spec-sheet_1.pdf

When these trigger events are detected the device saves a 12-second audio, video and data record (8 seconds before and 4 seconds after). The record is sent to Lytx servers in the cloud using wireless (cellular or Wi-Fi) communications, and is later reviewed by trained analysts that identify additional behavior and environmental risk factors.

Event recorders used to train leaders as 'driver coaches' | Commercial Carrier Journal

An API (Application Programming Interface) enables programs to talk to each other. REST (Representational State Transfer) APIs are APIs that use HTTP requests in order to access and use data. Each HTTP request uses a unique URL, representing a different endpoint and each HTTP request that is sent is known as an API call.

The API endpoints represent the specific content that can be accessed at that location. This content is known as a resource and each resource is usually accessed based on additional details that are expressed through parameters and their values, also included in the API call. Resources can be returned in different formats, including JSON, HTML, audio files, or images.

The Lytx API endpoints use HTTP request methods, which represent the actions that can be performed on or for those resources.

REST APIs

9

# US7639943B1

| Claim 1 | AmeriGas' Lytx Proactive Fleet Safety Solutions |
|---|---|
| 1. A method comprising:<br><br>automatically capturing a plurality of images in a camera-enabled mobile device without user action for each image capture, the automatic capture of the plurality of images being performed under control of a program downloaded by a user via a public network to the camera-enabled mobile device, the automatic capture of each image of the plurality of images being performed periodically according to a pre-configured parameter;<br><br>configuring an HTTP or TCP data block with information related to the automatically captured plurality of images;<br><br>**automatically uploading the plurality of images with the HTTP or TCP data block to a network server without user action for each image upload, the automatic upload of the plurality of images being performed under control of the program downloaded by the user via the public network to the camera-enabled mobile device; and**<br><br>upon completion of the automatic uploading of the plurality of images, enabling automatic capture of a next plurality of images in the camera-enabled mobile device without user action. | **AUTOMATIC EVENT UPLOADS**<br>Events upload daily to your Lytx account<br><br>lytx-sf400-event-recorder-spec-sheet_1.pdf<br><br>When these trigger events are detected the device saves a 12-second audio, video and data record (8 seconds before and 4 seconds after). The record is sent to Lytx servers in the cloud using wireless (cellular or Wi-Fi) communications, and is later reviewed by trained analysts that identify additional behavior and environmental risk factors.<br><br>**Help Protect Your Drivers and Your Business With Video Evidence**<br><br>Our cloud-connected fleet dash camera system delivers reliable, continual video clips to a searchable online dashboard and enables drivers to manually capture video as needed. With all of your video available to you online, you can easily find the exact clips you need within minutes* of capture, providing a faster way to the truth when something goes wrong.<br><br>— How are risky or distracted driving insights delivered?<br><br>In-cab light and audio alerts can notify drivers when the system detects risky behavior so they can address it right away and proactively reduce collision risk. Drivers can also review video clips of risky moments to help them optimize performance for their next trip.<br><br>Video clips are also delivered to fleet managers to view or download online from a Lytx account. These video clips can be accessed on demand from a desktop computer, mobile phone, or tablet, wherever there's a cellular connection.<br><br>Video can be saved, downloaded, and shared as needed.<br><br>In addition, for fleets with particular sensitivity to driver privacy, Lytx MV+AI has the ability to detect risk, deliver real-time alerts[†] for drivers, and provide detailed reports to managers – all without needing to record video. | Event recorders used to train leaders as 'driver coaches' | Commercial Carrier Journal<br><br>Fleet Dash Cams<br><br>Machine Vision + Artificial Intelligence |

# US7639943B1

| Claim 1 | AmeriGas' Lytx Proactive Fleet Safety Solutions |
|---|---|
| 1. A method comprising:<br><br>automatically capturing a plurality of images in a camera-enabled mobile device without user action for each image capture, the automatic capture of the plurality of images being performed under control of a program downloaded by a user via a public network to the camera-enabled mobile device, the automatic capture of each image of the plurality of images being performed periodically according to a pre-configured parameter;<br><br>configuring an HTTP or TCP data block with information related to the automatically captured plurality of images;<br><br>automatically uploading the plurality of images with the HTTP or TCP data block to a network server without user action for each image upload, the automatic upload of the plurality of images being performed under control of the program downloaded by the user via the public network to the camera-enabled mobile device; and<br><br>**upon completion of the automatic uploading of the plurality of images, enabling automatic capture of a next plurality of images in the camera-enabled mobile device without user action.** | **FEATURES**<br><br>**Powered by the Innovative Lytx DriveCam Device**<br><br>Machine vision and artificial intelligence (MV+AI) combine to deliver real-time alerts† that can help address distracted driving in the moment, and provide reliable, continual video evidence for protection when the unexpected occurs.<br><br>Fleet Dash Cams<br><br>The device records video and data in a continuous loop. Software algorithms in the device detect risky behaviors or patterns like speeding, rapid deceleration, swerving, drowsy and distracted driving.<br><br>Event recorders used to train leaders as 'driver coaches' \| Commercial Carrier Journal |

11